UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BRUNO TOWA,

                Plaintiff,

      v.                                                    Civil No. 3:13CV1970-AA

ANITA U. NELSON, MICHELLE, POSEY, ANDRES
MANRIQUEZ, SRO-SINGLE ROOM OCCUPANCY
HOUSING CORPORATION, TRACY L. CAULS,
DOES 1-10,

                Defendants.

## ORDER

Plaintiff was ordered on December 3, 2013, to file an amended complaint within 30 days from the date of the entry of the Court's order. The plaintiff was advised that failure to timely file an amended complaint or otherwise comply with the court's order will result in the dismissal of this proceeding. To date plaintiff has not responded to the court's order or made any filing in this case.

This action is dismissed for want of prosecution.

Dated: March 19, 2014.

                                                /s/ Ann Aiken
                                                United States District Judge

ORDER - Page 1